FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEP 22 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

PATRICIA RIVERA,

    Plaintiff,

vs.                                                                                    SA-10-CA-605-XR

NATIONAL CHECK PROCESSING, LLC,

    Defendant

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant named below, and it further appearing from the affidavit of counsel for plaintiff that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant is hereby entered:

**NATIONAL CHECK PROCESSING, LLC.**

WILLIAM G. PUTNICKI, CLERK
UNITED STATES DISTRICT COURT

By: *Rosanne M. Garza*
Rosanne M. Garza, Deputy Clerk

DATED: September 22, 2010