AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 17 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| PATRICIA RIVERA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-10-CA-605-XR |
| NATIONAL CHECK PROCESSING, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Pursuant to Order (doc. 8) GRANTING Motion for Default Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   XAVIER RODRIGUUEZ   on a motion for
    for Default Judgment

Date:   03/17/2011

CLERK OF COURT   **WILLIAM G. PUTNICKI**

*Signature of Clerk or Deputy Clerk*