## UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA RIVERA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. **5:10-cv-605** |
| NATIONAL CHECK PROCESSING, LLC, | § § | |
| Defendant. | § § | |

### NOTICE OF VOLUNTARY DISMISSAL

PATRICIA RIVERA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NATIONAL CHECK PROCESSING, LLC, (Defendant), in this case.

Dated: April 25, 2011                           RESPECTFULLY SUBMITTED,

By:/s/ Michael S. Agruss_____
Michael S. Agruss (CA SBN: 259567)
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: (866) 620-2956
Email: magruss@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on April 25, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

        By: /s/ Michael Agruss          .
            Michael Agruss